**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Emily Zung Manninger, State Bar No. 248344
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
Email: manninger@luch.com

Counsel for Plaintiffs/Judgment Creditors,
Trustees of the Operating Engineers Pension Trust, et al.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiffs/Judgment Creditors,<br><br>vs.<br><br>ALVARADO AND JOINER EXCAVATING AND GRADING, et al.,<br><br>Defendants/Judgment Debtor. | CASE NO: CV 82-4341 ER (SJHx)<br><br>[CAL. CODE CIV. PROC. §§ 683.110-683.220; FED. R. CIV. PROC. RULE 69]<br><br>RENEWAL OF JUDGMENT BY CLERK |

Good cause appearing from the foregoing application and declaration,

**IT IS ORDERED** that the judgment for Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust, last renewed on December 9, 2002, in the amount of $27,586.89 against defendants Alvarado and Joiner Excavating and Grading, a partnership; Ron Alvarado; and Steve Joiner, each individually and

doing business as Alvarado and Joiner Excavating and Grading, a partnership, be renewed for a period of ten years from the date of September 27, 2011, for a renewed judgment in the amount of $37,902.35, with post judgment interest accruing thereon from September 28, 2011, until paid in full.

Lori Muraoka, Deputy Clerk

Dated: 10/4/11 CLERK, U.S. DISTRICT COURT